No. 479. ALABAMA & VICKSBURG RAILWAY COMPANY ET AL. *v.* LOUIS F. DENNIS. Error to the Supreme Court of the State of Mississippi. October 16, 1922. Petition

for a writ of certiorari herein denied. *Mr. J. Blanc Monroe, Mr. Monte M. Lemann, Mr. R. H. Thompson, Mr. S. L. McLaurin* and *Mr. Walter J. Suthon, Jr.,* for plaintiffs in error, in support of the petition. *Mr. William H. Watkins* for defendant in error, in opposition to the petition. [See *post,* 755.]